IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------
UNITED STATES OF AMERICA

                     Plaintiff

-vs-

THAER A. MUNTASER

                     Defendant
------------------------------------------------

: CASE NO. 1:12 CR 260
:
:
:
:
:
: ORDER ACCEPTING PLEA AND
: JUDGMENT AND NOTICE OF
: HEARING
:

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr. regarding the change of plea hearing of Thaer A. Muntaser which was referred to the Magistrate Judge with the consent of the parties.

    On 22 May 2012, the government filed a one-count indictment against Thaer A. Muntaser for felon-in-possession in violation of 18 U.S.C. § 922(g)(1). On 1 June 2012, a hearing was held in which Thaer A. Muntaser entered a plea of not guilty before Magistrate Judge William H. Baughman, Jr. On 9 October 2012, Magistrate Judge Baughman received Thaer A. Muntaser's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Thaer A. Muntaser is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is approved.

Therefore, Thaer A. Muntaser is adjudged guilty of Count One in violation of 18 U.S.C. § 922(g)(1).

Sentencing will be:

>17 January 2013 at 10:00 a.m.
>
>Courtroom 16B
>16th Floor, United States District Court
>801 West Superior Avenue
>Cleveland, Ohio 44113

IT IS SO ORDERED.

Dated: 23 Oct 2012   /s/ Jack Wells
UNITED STATES DISTRICT JUDGE